IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
KELLY RAY HAGEWOOD  
TERRI STEWART HAGEWOOD  
PO BOX 172  
CHARLOTTE, TN 37036

Case No.04-06197-MH3-13  
JUDGE MARIAN F HARRISON  
DATE: October 22, 2009

## TRUSTEE'S REPORT OF UNCLAIMED MONIES

In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein. Included with this filing, is the sum of **$1.63** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **FIRST FEDERAL BANK** | **PO BOX 667**<br>**DICKSON, TN 37056** | **$1.63** |

Respectfully submitted,

/s/ Henry E. Hildebrand, III  
HENRY E. HILDEBRAND, III  
CHAPTER 13 TRUSTEE  
P O BOX 190664  
NASHVILLE, TN 37219-0664  
PHONE: 615-244-1101  
FAX: 615-242-3241  
pleadings@ch13nsh.com